IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>ex rel. BEVERLY LANDIS   )<br>                          )<br>               Plaintiff,  )<br>                          )<br>          v.              )<br>                          )<br>HOSPICE CARE OF KANSAS, LLC, )<br>VOYAGER HOSPICECARE, INC.  )<br>                          )<br>               Defendants.  )<br>_____ )  | Case No. 06-2455-CM |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the Settlement Agreement between the United States, Relator Beverly Landis (Relator), and Defendants Hospice Care of Kansas, LLC and Voyager HospiceCare, Inc. (Defendants), the parties hereby stipulate, through their undersigned counsel, to the dismissal of the Relator's and the United States' Complaint as follows: (a) dismissing with prejudice all claims asserted on behalf of the United States against Defendants in the Civil Action for the Covered Conduct as defined in the Settlement Agreement, attached as Exhibit A, and (b) dismissing with prejudice to Relator and without prejudice to the United States all remaining claims against Defendants in the Civil Action.

Respectfully Submitted,

STUART F. DELERY
ACTING ASSISTANT ATTORNEY GENERAL

BARRY R. GRISSOM
UNITED STATES ATTORNEY
District of Kansas

  S/ Jon P. Fleenor
JON P. FLEENOR  Ks. S. Ct. # 14002
Assistant United States Attorney
500 State Ave., Suite 360
Kansas City, KS 66101
PH: 913.551.6730  - FX: 913.551.6599
Email: jon.fleenor@usdoj.gov


  S/ Jonathan I. Katz
MICHAEL D. GRANSTON
JONATHAN I. KATZ
EVA U. GUNASEKERA
SHAUN PETTIGREW
Attorneys, Civil Division
U.S. Department of Justice
Post Office Box 261, Ben Franklin Station
Washington, DC 20044
PH: 202.353.8211 - FX: 202.514.7361
Email: jon.katz@usdoj.gov


*Attorneys for the United States of America*

 s/ David W. White
DAVID W. WHITE Ks. S. Ct. #14506
JOSEPH J. ROPER Fed. Ct. ID#70130
Foland, Wickens, Eisfelder, Roper & Hofer, P.C.
3000 Commerce Tower
911 Main Street
Kansas City, Missouri 64105
PH: 816.460.2813
FX: 816.472.6262
dwhite@fwpclaw.com
jroper@fwpclaw.com

*Attorneys for Beverly Landis*


 /s Lynn D. Preheim
Lynn D. Preheim, Ks. S. Ct. #13300
Alisa Nickel Ehrlich, Ks. S. Ct. #17096
**STINSON MORRISON HECKER LLP**
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206
Tel: (316) 265-8800
Fax: (316) 265-1349
lpreheim@stinson.com
aehrlich@stinson.com

s/ Thomas C. Fox
Thomas C. Fox (admitted *pro hac vice*)
Andrew Bernasconi (admitted *pro hac vice*)
**REED SMITH LLP**
1301 K. Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
Tel: (202) 414-9222
Fax: (202 414-9299
tfox@reedsmith.com
abernasconi@reedsmith.com

*Attorneys for Defendants*

3